UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                           )
                                                 )  CASE #    79-50119
BLACKWELDER FURNITURE COMPANY OF                 )  Chapter   7
STATESVILLE, NORTH CAROLINA, AND                 )
ITS SUBSIDIARIES                                 )
                                                 )

                            Debtor

## PETITION FOR DISBURSEMENT OF UNCLAIMED FUNDS

Pursuant to 28 U.S.C. § 2042, the undersigned counsel for JM Partners LLC hereby requests that the Court enter an order directing the Clerk of Court to disburse **$ 1151.87** from the Court's account to the order of **Rex G. Meek, in care of J. Baron Groshon, Esquire, as attorney for JM Partners LLC, acting as Attorney-in-Fact for Rex G. Meek** ("Creditor"). In support of this Petition, the undersigned shows the Court as follows:

1) This Court entered a certain "Order to Deposit Funds with the Court" authorizing the Trustee in Bankruptcy for the Debtor to deposit certain unclaimed dividends from this case, including the account held for the Creditor.

2) Creditor did not receive notice that the Trustee has been unable to deliver such funds to Creditor.

3) Creditor's rights to such funds arise from Creditor's allowed claim in the above-captioned bankruptcy case.

WHEREFORE, Creditor respectfully requests that the Court enter an Order pursuant to 28 U.S.C. § 2042 directing the Clerk to make payment in the amount of **$ 1151.87** to **Rex G. Meek, in care of J. Baron Groshon, Esquire, as attorney for JM Partners LLC, acting as Attorney-in-Fact for Rex G. Meek** and the Court grants Creditor such other relief as to the Court seems just and proper.

Respectfully submitted this 16th day of May, 2007.

                                    J. BARON GROSHON, P.A.
                                    Attorneys for JM Partners LLC

                                    J. Baron Groshon
                                    NC State Bar # 12417
                                    417 East Boulevard Ste 203
                                    Charlotte, NC 28203
                                    Phone (704) 342-3328

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN RE:

BLACKWELDER FURNITURE COMPANY OF
STATESVILLE, NORTH CAROLINA, AND
ITS SUBSIDIARIES

)
) CASE #    79-50119
) Chapter    7
)
)

Debtor

## NOTICE OF HEARING

     TAKE NOTICE that the undersigned attorney, acting on behalf of **JM Partners LLC as Attorney-in-Fact for Rex G. Meek** has filed a Petition for Disbursement of Unclaimed Funds to **Rex G. Meek, in care of J. Baron Groshon, Esquire, as attorney for JM Partners LLC, acting as Attorney-in-Fact for Rex G. Meek.** A copy of the Petition accompanies this Notice.

     **TAKE FURTHER NOTICE** that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief requested in this application, or if you want the Court to consider your views on this Petition, then within **eighteen (18) days** after the date of this notice as set forth below you or your attorney must file with the Court a response to the application at:

United States Bankruptcy Court
ATTN: Clerk of the Court
PO Box 34189
Charlotte, NC 28234-4189

     **TAKE FURTHER NOTICE** that if you mail you response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the due date stated above. You must also mail a copy of your response to the application to:

J. Baron Groshon, Attorney for Petitioner
417 East Boulevard Ste 203
Charlotte, NC 28203

     **TAKE FURTHER NOTICE** that regardless of whether you or your attorney file a response to the Petition, a hearing will be held in the United States Bankruptcy Court for the Western District of North Carolina on **May 31, 2007 at 9:30 AM** at which time the Court will hear the subject Petition. All interested parties should be present in the Court for this hearing. The location of the hearing is:

United States Bankruptcy Court
Courtroom 122
The Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Respectfully submitted this 11th day of May, 2007.

                                        J. BARON GROSHON, P.A.
                                        Attorneys for JM Partners LLC

                                        J. Baron Groshon
                                        NC State Bar # 12417
                                        417 East Boulevard Ste 203
                                        Charlotte, NC 28203
                                        Phone (704) 342-3328