CASE # 79-50119
CHAPTER 7

# REQUEST WAIVER OF PERSONAL APPEARRANCE

I CURRENTLY RESIDE IN ALPHARETTA, GA NORTH OF ATLANTA AND AM 100% DISABLED. ANY TRAVELING IS A PROBLEM DUE TO MY DISABILITY. I MUST UNDERGO DIALYSIS EVERY OTHER DAY.

FILED
U.S. Bankruptcy Court
Western District of NC

JAN 29 2008

David E. Weich, Clerk
Charlotte Division
ASW

Roger Scott
SIGNATURE OF CLAIMANT

Roger Scott
PRINTED NAME OF CLAIMANT

477 Jon Scott Dr. Alpheretta Ga. 30004
CLAIMANT ADDRESS

404-514-8379
DAYTIME TELEPHONE NUMBER

1-25-08
DATE