Local Form 5

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA**
_Charlotte_ Divison

July 2007

FILED
U.S. Bankruptcy Court
Western District of NC
FEB - 4 2008
David E. Welch, Clerk
Charlotte Division
COY

In re:

Blackwelder Furniture Company of Statesville, North Carolina, and its subsidiaries

Debtor(s)

Case No.: 79-50119

Chapter: 7

**MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS**

_Paul Samios_ hereby moves the Court for an order
(Claimant(s) Name)

directing the United States Bankruptcy Court to disburse the sum of $ _832.20_
(Enter amount of claim)

from the Court's registry fund, payable to _Paul Samios_ , representing
(Claimant(s) Name)

unclaimed funds previously deposited with the Court.

Date _____

Supporting documentation attached ____ yes ____ no

*I understand that pursuant to 11 U.S.C. §§ 152 and 3571, I may be fined up to $500,000, imprisoned for up to 5 years or both if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.*

_/s/ Paul S_____
Signature of Claimant

_Paul Samios_
Typed or printed name of Claimant

_5124 54th St. W, Bradenton Fl. 34210_
Address of Claimant

_941-755-1775_
Daytime Telephone Number of Claimant

DSCB 54-311 (Rev. 83)
FICTITIOUS NAME
REGISTRATION

CORPORATION BUREAU
DEPARTMENT OF STATE
308 NORTH OFFICE BUILDING
HARRISBURG, PENNSYLVANIA 17120

FILING FEE Corporation $40.00
Individual $25.00
☐ Check Enclosed
☐ Charge Account #

In compliance with the requirements of Section 311 of Act 1982-295 (54 Pa. C.S. §311), this undersigned entity(ies) desiring to carry on or conduct a business in this Commonwealth under an assumed or fictitious name, style or designation, does (do) hereby certify that:

1. Fictitious Name:
   CIRCLEVILLE SCHOOL ASSOCIATES

2. Address of the principal place of business: (including street and number)
   2121 Thomas Drive, McKeesport, PA 15131 (Westmoreland County)    (65)

3. Brief statement of the character or nature of the business:
   the purchase, renovation, leasing and management of real properties

4. Individual or individuals interested in the business: (name and address)

| (NAME) | (NUMBER) | (STREET) | (CITY) | (STATE) | (ZIP CODE) |
|---|---|---|---|---|---|
| Paul Samios | 2121 | Thomas Drive, | McKeesport, | PA | 15131 |
| Paul J. Samios | 566 | Monticello Drive, | Delmont, | PA | 15626 |
| Mark R. Samios | Box 117-C, R.D. 1, | Beryl Rd., | Zionsville, | PA | 18092 |

5. Entity other than an individual interested in the business:

| (NAME) | (FORM OF ENTITY) | ORGANIZING JURISDICTION | ADDRESS IN JURIS. | REGISTERED OFFICE (if any) |
|---|---|---|---|---|
| | | NONE | | |

6. I am familiar with the provisions of Section 332 of the Fictitious Names Act and understand that filing under the Act does not create any exclusive or other right to the fictitious name.

7. Agent, if any, authorized to execute amendments, withdrawals, or cancellations.
   NONE

IN TESTIMONY WHEREOF, the undersigned have caused this registration to be executed this 5th day of October, 1984.

_Mark R. Samios_   Individual
_Paul Samios_   Individual
_Paul J. Samios_   Individual

Individual

Corporate Seal
Name of Corporation

Secretary or Assistant Secretary
President or Vice President

Corporate Seal
Name of Corporation

Secretary or Assistant Secretary
President or Vice President

— FOR OFFICE USE ONLY —

| 030 FILED OCT 9 1984 | 002 CODE | 003 REV BOX | SEQUENTIAL NO. | 100 MICROFILM NUMBER 84621472 |
|---|---|---|---|---|
| | REVIEWED BY | 004 SICC | AMOUNT | 001 CORPORATION NUMBER 840926 |
| | DATE APPROVED | | $ | |
| _William C. Davies_ | DATE REJECTED | CERTIFY TO ☐ REV. | INPUT BY | LOG IN | LOG IN (REFILE) |
| Secretary of the Commonwealth Department of State Commonwealth of Pennsylvania | MAILED BY DATE | ☐ L&I ☐ OTHER | VERIFIED BY | LOG OUT ES 10/11 | LOG OUT (REFILE) |

P. O. Naly Co., 427 Fourth Ave., Pgh., PA 15219



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**CORPORATION BUREAU**
**ROOM 308, NORTH OFFICE BUILDING**
**HARRISBURG, PA 17120**

| | | |
|---|---|---|
| **Dick Thornburgh**<br>Governor | **William R. Davis**<br>Secretary of the Commonwealth | **Wayne L. Dietrich**<br>Director, Corporation Bureau |

## APPLYING FOR A FICTITIOUS NAME

The Pennsylvania Department of State is the granting authority for entities doing business under an assumed or fictitious name, and is the storehouse for those papers and other related papers. In order to do business under an assumed or fictitious name in Pennsylvania.

1. Prepare an application for Conducting Business Under an Assumed or Fictitious Name in the proper format, as prescribed in Title 54, Pa. Consolidated Statutes §311, and exemplified in the form DSCB:54-311.

2. Send the following documents to the Secretary of the Commonwealth, William R. Davis, Room 308, North Office Building, Harrisburg, PA 17120, either by mail or in person:

    a. The application for Conducting Business Under an Assumed or Fictitious Name.

    b. A draft or money order payable to the Secretary of the Commonwealth in payment of the filing fee: $25.00 for individuals and $40.00 for corporations. (CASH NOT ACCEPTED)

3. The Secretary of the Commonwealth will review, file, copy and microfilm and return the Fictitious Name Registration properly endorsed.   NO CERTIFICATE WILL ISSUE.

4. Publish in a newspaper of general circulation and the legal newspaper if any, in English, in the county where the principal office or place of business is located, the intention to file or the filing of the application only for individuals.

# GENERAL AFFIDAVIT

**State of Florida**
**County of** Manatee

**BEFORE ME**, the undersigned Notary,
Susan Snyder _[name of Notary before whom affidavit is sworn]_, on this 28 _[day of month]_ day of
January _[month]_, 2008, personally appeared
Paul Samios _[name of affiant]_, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his _[his or her]_ oath, deposes and says:

About late 70's or early 80's I contracted to purchase a piece of furniture (BREAK FRONT) from Blackwelder Furn Co, sending a check to cover cost & waited for delivery date. While waiting for pick up date, I was notified that Blackwelder entered into bankruptcy. Sometime later I was informed that if I paid full price again, I could get the piece I ordered, which I did. I drove to Statesville & picked up same. All receipts & records have been discarded over the years. I moved to Florida in 1988.
_[set forth affiant's statement of facts]_ Proof of old address is attached

_[signature of affiant]_

Paul Samios
_[typed name of affiant]_

5124 54th St. W
_[address of affiant, line 1]_
Bradenton Fl. 34210
_[address of affiant, line 2]_

Subscribed and sworn to before me, this 28th _[day of month]_ day of
January _[month]_, 20 08.

_[Notary Seal:]_




SUSAN SNYDER
Notary Public - State of Florida
My Commission Expires Jun 4, 2009
Commission # DD 418096
Bonded By National Notary Assn.

_____
[signature of Notary]

_____
[printed name of Notary]

NOTARY PUBLIC

My commission expires: _____ ___, 20___.