(6)

79-50119

# REQUEST WAIVER OF PERSONAL APPEARRANCE

I own a business in Easthampton, Mass and it would pose some problems to have to travel to North Carolina

**FILED**
Clerk, US Bankruptcy Court
NOV 02 2009
WDNC, Charlotte, NC

X
_____
**SIGNATURE OF CLAIMANT**

Peter Maher
**PRINTED NAME OF CLAIMANT**

43 Woodbridge Dr. Suffield CT
**CLAIMANT ADDRESS**         06078

☎ 413-527-2350
**DAYTIME TELEPHONE NUMBER**

10/20/09
**DATE**